UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

IDA MARIE HLADKY,

Plaintiff,

-v-

AML FREIGHT INC. et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-5393 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's June 29, 2026 Order, ECF No. 7, the parties were required to file a joint letter, the contents of which are described therein, by August 13, 2026. *See also* ECF No. 12. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 17, 2026 at 5:00 p.m.** Failure to file the joint letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: August 14, 2026
New York, New York

JESSE M. FURMAN
United States District Judge